9 A.3d 1179

**Stacey D. POWELL, Appellant**

v.

**EMIGRANT MORTGAGE COMPANY, INC., Appellee.**

Supreme Court of Pennsylvania.

Argued Nov. 30, 2010.

Decided Dec. 21, 2010.

James S. Tupitza, Esq., Tupitza & Bryman, P.C., West Chester, for Stacey D. Powell, appellant.

Blair H. Granger, Esq., Blair H. Granger & Associates, P.C., Paoli, for Emigrant Mortgage Company, Inc., appellee.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY and ORIE MELVIN, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**